IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN L. MARCOUX, JR.** and **LAURA D. BUMBAUGH-MILLER** as Co-Executors of the Estate of **JOHN L. MARCOUX** and in their Own Right, | : CIVIL ACTION NO. 1:18-CV-1905 <br> : <br> : (Chief Judge Conner) <br> : <br> : |
| **Plaintiffs** | : |
| v. | : |
| **THE MANITOWOC COMPANY, INC., MANITOWOC CRANES, LLC,** and **MANITOWOC CRANE COMPANIES, LLC,** | : <br> : <br> : <br> : |
| **Defendants** | : |

_____

| | |
|---|---|
| **TRACY K. ROBISON,** as Executrix of the Estate of **CHRISTOPHER T. ROBISON** and in her Own Right, | : CIVIL ACTION NO. 1:18-CV-1903 <br> : <br> : (Chief Judge Conner) <br> : |
| **Plaintiffs** | : |
| v. | : |
| **THE MANITOWOC COMPANY, INC., MANITOWOC CRANES, LLC,** and **MANITOWOC CRANE COMPANIES, LLC,** | : <br> : <br> : <br> : |
| **Defendants** | : |

# <u>ORDER</u>

AND NOW, this 29th day of August, 2019, upon consideration of plaintiffs' motion (Doc. 34) to enforce confidentiality agreement, and following the telephonic conference held on July 9, 2019, it is hereby ORDERED that plaintiffs' motion is

DENIED and defendants' version of the proposed "stipulation and order for the production and exchange of confidential information" (Doc. 34-2) is APPROVED.

                                                      /S/ CHRISTOPHER C. CONNER
                                                      Christopher C. Conner, Chief Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania